Resolution of Members
of
Eco Lighting USA LLC

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Blackman, Member of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that Sean Blackman, Member of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Blackman, Member of this Limited Liability Company is authorized and directed to employ BRUCE H. LEVITT, ESQ. BL9302, attorney and the law firm of Levitt & Slafkes, P.C. to represent the Limited Liability Company in such bankruptcy case.

Date  February 18, 2022          Signed  _____

Date  February 18, 2022          Signed  _____