| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey  07095-0958<br>(732) 636-8000<br>DAVID H. STEIN, ESQ.<br>*Attorneys for Creditor, MJL Enterprises, LLC* | **Order Filed on March 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ECO LIGHTING USA LLC,<br><br>                    Debtor. | Case No.: 22-11314 (VFP)<br>Chapter 11<br>Subchapter V<br><br>Hon. Vincent F. Papalia<br>Hearing Date: March 9, 2023 |

## ORDER DENYING CONFIRMATION, SCHEDULING FURTHER HEARING AND FOR RELATED RELIEF

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: March 15, 2023**

                                                          **Honorable Vincent F. Papalia**
                                                          **United States Bankruptcy Judge**

#13684818.1 174106.001

Case 22-11314-VFP    Doc 102    Filed 03/15/23    Entered 03/15/23 12:58:25    Desc Main
Document    Page 2 of 2

Page 2
Debtor:          Eco Lighting USA LLC
Case No. :       22-11314 (VFP)
Caption of Order: Order Denying Confirmation, Scheduling Further Hearing and for Related Relief

**THIS MATTER,** having been brought before the Court by Eco Lighting USA LLC (the "Debtor"), by and through its counsel, Levitt & Slafkes, P.C., upon the filing of the *Debtor's First Amended Small Business Debtor's Plan of Reorganization* (the "First Amended Plan") [Docket No. 97]; and the Court having heard the statements of counsel regarding confirmation of the First Amended Plan at a hearing before the Court on March 9, 2023, (the "Confirmation Hearing"); and the Court having considered the First Amended Plan and the submissions and representations of the parties at the Confirmation Hearing, including Debtor's representation that the First Amended Plan as currently proposed is un-confirmable as a matter of law; and the Court having taken judicial notice of the papers and pleadings on file herein; it is hereby

**ORDERED:**

1. Confirmation of the First Amended Plan be and hereby is DENIED;

2. Debtor shall file and serve on all parties who appeared at the Confirmation Hearing and counsel for the IRS any proposed Amended Plan of Reorganization on or before March 23, 2023;

3. Debtor shall file its Monthly Operating Report for the month of February 2023 on or before March 23, 2023;

4. Should the Debtor fail to file a further amended Plan of Reorganization and/or its Monthly Operating Report as specified hereinabove, the Court shall consider either dismissal or conversion of the within matter to a proceeding under Chapter 7 at the hearing described in the next paragraph;

5. The Court shall conduct a hearing on March 28, 2023 at 11:00 a.m. regarding the status of the within matter and to consider dismissal or conversion of the within matter should the Debtor fail to comply with the directives of paragraphs 2 and 3 hereof.